■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GARCIA, Appellant. [657 NYS2d 960] —Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Eng, J.), rendered January 12, 1995, convicting him of criminal possession of a weapon in the third degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court did not err in denying him a for-cause challenge to a prospective juror (*see,* CPL 270.20 [1] [b]; *People v Williams,* 63 NY2d 882; *People v Hernandez,* 222 AD2d 696). Nor was the defendant's sentence excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Joy, Goldstein and Florio, JJ., concur.